UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

**Case No.**  EDCV 22-882-MWF (SHKx)     **Date:**  May 16, 2023
**Title:**   Cache Valley Bank v. Chic Stop, LLC, et al.

Present:  The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):**     ORDER TO SHOW CAUSE WHY DEFAULT JUDGMENT SHOULD NOT BE ENTERED

The Court has twice held hearings on Plaintiff Cache Valley Bank's Motion for Default Judgment Against Defendants Chic Stop, LLC and Elaine Ortiz ("Motion"), filed on February 16, 2023. (Docket No. 22). Defendants Chic Stop, LLC and Elena Ortiz did not file an Opposition.

Guy Saliba, owner of Defendant Chic Stop, LLC, appeared at the initial hearing on the Motion on April 10, 2023. The hearing was therefore continued to May 15, 2023, to give Chic Stop, LLC, the opportunity to obtain counsel. (Docket No. 28); *see In re Highley*, 459 F.2d 554, 555 (9th Cir. 1972) (corporations and entities must be represented by counsel).

On May 15, 2023, no attorney appeared for either defendant. However, Plaintiff's attorney stated that he received a voicemail thirty minutes before the hearing from an attorney who said he might be representing Chic Stop, LLC.

Defendants are **ORDERED** to show cause, in writing, why default judgment should not be entered against them by **May 24, 2023**. The appearance of a lawyer for Defendant Chic Stop, LLC will be a sufficient response to discharge the Order to Show Cause against it. If no attorney makes an appearance or Ms. Ortiz does not otherwise respond, the Court will grant the Motion for Default Judgment.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

**Case No.**  EDCV 22-882-MWF (SHKx)         **Date:**  May 16, 2023
**Title:**       Cache Valley Bank v. Chic Stop, LLC, et al.

    Plaintiff is **ORDERED** to send this Order by email to Mr. Saliba and Ms. Ortiz by **May 17, 2023**.  As a courtesy only, Plaintiff should also send a copy to the lawyer who is not counsel of record.

    IT IS SO ORDERED.